

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2018

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

The State's brief was due to be filed on February 12, 2018. On February 12, 2018, the State filed a motion requesting an extension of time to file its brief. Although this court generally grants 30-day extensions on a first motion, the State is requesting a 60-day extension of time to file its brief. This motion is GRANTED. Given the length of this first extension, however, further requests for extensions will be disfavored. The State's brief must be filed by April 13, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2018.

Keith E. Hottle
Clerk of Court